UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 18-cr-0295 (WMW/ECW) |
| Plaintiff, | |
| v. | **AMENDED PRELIMINARY ORDER OF FORFEITURE** |
| Jeremy Ryan Myhre, | |
| Defendant. | |

---

Before the Court is the unopposed motion of Plaintiff United States of America for an amended preliminary order of forfeiture. (Dkt. 113.) The Court previously found that the property at issue is subject to forfeiture, 18 U.S.C. § 2253(a), and that the United States has established the requisite nexus between such property and the offense of which Defendant Jeremy Ryan Myhre has been found guilty. (Dkt. 68.) The Court finds that the Court's November 15, 2019 preliminary order of forfeiture should be amended as addressed herein. *See* 21 U.S.C. § 853(g); Fed. R. Crim. P. 32.2(e).

Based on the foregoing and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. Plaintiff United States of America's motion for an amended preliminary order of forfeiture, (Dkt. 113), is **GRANTED**.

2. The Court's November 15, 2019 preliminary order of forfeiture, (Dkt. 68), is hereby **AMENDED**, and this Order shall supersede and replace the November 15, 2019 Order.

3. Defendant Jeremy Ryan Myhre shall forfeit to the United States the following property (Property) pursuant to 18 U.S.C. § 2253(a):

    a. one Western Digital hard drive, serial number WCAS29558898;

    b. one Maxtor 300GB Hard Drive, Model: Diamond Max 10, serial number B60BRVKH;

    c. one SanDisk thumb drive, no serial number;

    d. one black self-built computer with no serial number, containing a Crucial MX200 solid state hard drive, serial number 162012A370F7, and a 4TB HGST SATA hard drive, serial number LAG7VVSH.

4. The United States Attorney General or an authorized designee may seize and maintain custody and control of the Property pending the entry of a final order of forfeiture.

5. The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2253(b), publish and give notice of this Order and the intent of the United States to dispose of the Property in such manner as the Attorney General may direct.

6. This Order shall become final as to Defendant at the time of sentencing, made part of the sentence and included in the judgment. Fed. R. Crim. P. 32.2(b)(4)(A), (B).

7. Following the Court's disposition of any petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period established to file such petitions, the United States shall have clear title to the Property and may warrant good title to any subsequent purchaser or transferee.

8.      This Court shall retain jurisdiction to enforce this Order and to amend it as necessary. Fed. R. Crim. P. 32.2(e).

Dated: September 23, 2021

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge