UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 18-cr-0295 (WMW/ECW) |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| Jeremy Ryan Myhre, | |
| Defendant. | |

---

WHEREAS, on September 23, 2021, this Court entered an amended preliminary order of forfeiture ordering Defendant Jeremy Ryan Myhre to forfeit certain property to Plaintiff United States of America pursuant to 18 U.S.C. § 2253(a);

WHEREAS, the United States posted a Notice of Criminal Forfeiture for at least 30 consecutive days on an official government internet site, (www.forfeiture.gov), beginning on September 28, 2021, providing notice of the government's intention to dispose of the property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Plaintiff United States of America's motion for a final order of forfeiture, (Dkt. 126), is **GRANTED**.

2. All right, title and interest in the following property are hereby forfeited to and vested in the United States pursuant to 18 U.S.C. § 2253(a):

 a. one Western Digital hard drive, serial number WCAS29558898;

 b. one Maxtor 300GB Hard Drive, Model: Diamond Max 10, serial number B60BRVKH;

 c. one SanDisk thumb drive, no serial number; and

 d. one black self-built computer with no serial number, containing a Crucial MX200 solid state hard drive, serial number 162012A370F7, and a 4TB HGST SATA hard drive, serial number LAG7VVSH.

3. The United States shall dispose of the property described above in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 19, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge